ENTERED
11/19/2007

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE | § | Case No. 06-34754-H-1-7 |
| | § | |
| JAMES WELDON MADDOX, | § | |
| Debtor | § | |
| | | |
| JOSE ESTANISLAO FLORES, | § | |
| Plaintiff | § | Adversary No. 07-03213 |
| | § | |
| V. | § | |
| | § | |
| JAMES WELDON MADDOX, | § | |
| Defendant | § | |

## AGREED JUDGMENT

On this date came on for consideration the Motion for Entry of Agreed Judgment of Plaintiff Jose Estanislao Flores ("Plaintiff") and Defendant James Weldon Maddox ("Defendant"). The Court has considered this Motion and the arguments of counsel and finds that this Agreed Judgment should be entered.

It is therefore, ORDERED, ADJUDGED and DECREED that Plaintiff Jose Estanislao Flores have and recover of and from Defendant James Weldon Maddox the amount of Three Hundred Fifty Thousand and no/100 Dollars ($350,000.00) and attorneys' fees and postjudgment interest. Post-judgment interest is payable on all the above amounts allowable by law at the rate of eight percent (8%), from the date this Judgment is entered until the date this Judgment is paid.

Each party shall bear its own costs and expenses incurred in this litigation except as set forth in this Judgment.

All relief not expressly granted herein is denied.

SIGNED this 19 day of November, 2007.

_____
JUDGE PRESIDING

APPROVED AS TO FORM and SUBSTANCE and ENTRY REQUESTED:

By: _____*Daniella Landers*_____
Arthur Fant
State Bar No. 06809000
Daniella D. Landers
State Bar No. 24026260
Epstein Becker Green Wickliff & Hall, P.C.
1000 Louisiana, Suite 5400
Houston, Texas 77002
713/750-3100
713/750-3101 Fax
**ATTORNEYS FOR PLAINTIFF/CREDITOR
JOSE ESTANISLAO FLORES**

By: _____*[signature]*_____
Keavin D. McDonald
State Bar No. 13551200
LAW OFFICE OF KEAVIN D. MCDONALD, P.C.
4543 Post Oak Place, Suite 106
Houston, Texas 77027
832-615-5421
832-615-5467 Fax
**ATTORNEY FOR DEFENDANT/DEBTOR
JAMES WELDON MADDOX**